Milo Steven Marsden (#4879)
Dorsey & Whitney LLP
Kearns Building
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
marsden.steve@dorsey.com

*Attorneys for Defendant U.S. Bank National Association*

---

### IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CHI CHEN, PI-CHUAN CHANG, PI-SHAN CHANG, SHUQIN CHEN, XIANGLI CHEN, BINGXIN FAN, QIANG GUO, JINSONG HUANG, LIHUA HUANG, JIANGANG JIAPING, XIONG JIE, XIAOWEN JIN, CHENMIN LI, JINGHAN LI, YUN LIU, XIAOWEN PAN, XIAOLI SONG, JINGUO WANG, JIE XIONG, BIN XU, LU YU, QIANG ZHAO, YANYI ZHAO, WENQUAN ZHI, QUAN ZHOU,<br><br>    Plaintiffs,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION; QUARTZBURG GOLD, LP; ISR CAPITAL, LLC; IDAHO STATE REGIONAL CENTER, LLC; and SIMA MUROFF,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No.: 2:15-cv-850-BCW<br><br>Magistrate Judge Brooke C. Wells |

PLEASE TAKE NOTICE that Milo Steven Marsden of Dorsey & Whitney LLP hereby enters his appearance on behalf of Defendants U.S. Bank National Association in the above-captioned matter.  Please address all future pleadings and correspondence to:

Milo Steven Marsden
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, Utah 84101
marsden.steve@dorsey.com


DATED this 8th day of March, 2016.

                        DORSEY & WHITNEY LLP


          By:    /s/   *Milo Steven Marsden*
                Milo Steven Marsden
                *Attorneys for Defendant*
                *U.S. Bank National Association*